IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 3:11-00074-02
     3:11-00074-03

**NICOLE DIANNE BLANKENSHIP**
**NASSER SAID SALEH,**
   **also known as "Nasser Said Daher"**

**SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA**
**TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND**
**REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Orders and Standard Discovery Requests entered by the Court in this case on March 10, 2011, the United States of America, by counsel, herewith responds to each of defendant's Standard Discovery Requests as follows:

**Request A:** **Disclose to defendant the substance of any relevant oral statement made by defendant, whether before or after arrest, in response to interrogation by a person the defendant knew was a government agent if the government intends to use the statement at trial.  [Fed. R. Crim. P. 16(a)(1)(A)]**

**Response:** Enclosed please find an ROI prepared by ATF Agent Todd Willard, report no. 399, bates no. TALOUZI-ROI-0097.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

**REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

>Respectfully submitted,
>
>R. BOOTH GOODWIN II
>United States Attorney
>
>By:
>s/CHARLES T. MILLER
>CHARLES T. MILLER
>Assistant United States Attorney
>WV State Bar No. 2551
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax:  304-347-5104
>Email:  chuck.miller@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing and U.S. mail on this 21st day of March 2011, to:

>   Mark L. French, Esquire
>   405 Capitol Street, Suite 1007
>   Charleston, WV  25301
>   (Represents Nasser Said Saleh)
>
>   R. Lee Booten, II, Esquire
>   P.O. Box 1821
>   Huntington, WV 25719-1821
>   (Represents Nicole Dianne Blankenship)

>   s/CHARLES T. MILLER
>   CHARLES T. MILLER
>   Assistant United States Attorney
>   WV State Bar \No. 2551
>   300 Virginia Street, East
>   Room 4000
>   Charleston, WV 25301
>   Telephone:  304-345-2200
>   Fax:  304-347-5104
>   Email:  chuck.miller@usdoj.gov