IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                        Case No.: 3:11-cr-00074-2

NICOLE DIANNE BLANKENSHIP

## ORDER

On the 14th day of September, 2011, pursuant to a warrant issued by the Court, came the defendant, Nicole Dianne Blankenship, in person, and by court appointed counsel, R. Lee Booten, II, CJA Panel Attorney, and came also the United States of America by Joshua C. Hanks, Assistant United States Attorney, for an initial appearance on a petition alleging that defendant had violated terms and conditions of pretrial release. Thereupon, the Court informed defendant of the alleged violations and of her rights, in accordance with the provisions of Rule 32.1, *Fed. R. Crim. P.*

The Court next turned to the question of detention. Based upon the Petition and other information available to the Court, the Court concluded that the defendant was not a suitable candidate for continued release at this time. Accordingly, it is further **ORDERED** that the defendant is remanded to the custody of the United States Marshal pending completion of the preliminary hearing, at which time defendant will have the opportunity to address release pending the revocation hearing. The preliminary hearing shall take place on **Monday, September 19, 2011** at **1:30 p.m.** before the undersigned United States Magistrate Judge and the revocation hearing shall occur on

**Monday, October 3, 2011** at **11:30 a.m.** before the Honorable Robert C. Chambers, United States District Judge at Huntington.

The Clerk is directed to forward a copy of this Order to the defendant, all counsel of record, the CJA Supervising Attorney, the Probation Department, and the United States Marshals Service.

**ENTERED:** September 14, 2011.

Cheryl A. Eifert
United States Magistrate Judge