# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 10/3/2011                                           Case Number 3:11-cr-74
Case Style: USA vs. Nicole Blankenship
Type of hearing Sentencing
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                             Courtroom Deputy Terry Justice
Attorney(s) for the Plaintiff or Government Michael Hissam


Attorney(s) for the Defendant(s) Lee Booten


Law Clerk Sandy Slack                                     Probation Officer Lee Cueva

## Trial Time


## Non-Trial Time


## Court Time

12:14 pm   to 12:33 pm
Total Court Time: 0 Hours 19 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence: 11:30 am
Hearing commenced: 12:14 pm

Defendant appeared in person and with counsel pursuant to a plea to count 23 of the indictment.
Defendant sworn.

Objections to the presentence report:

1 - that the defendant was not given acceptance of responsibility - granted.

Presentence Report adopted with exception.

Plea agreement accepted.

Total offense level            13
criminal history category      I

advisory guideline ranges
        custody 12 - 18 months
        sr      3 years

## District Judge Daybook Entry

    fine    $3000 - 1,000,000
    SA    $100

Motion of Defendant for downward variance.
Response of Government.
Comments of Government and Defendant's counsel.
Motion denied.

Custody    12 months and 1 day
    The Court recommended:  that the defendant be housed as close to Huntington, WV, as possible; that the defendant be allowed to participate in the Comprehensive Drug Abuse Treatment Program.

Supervised Release    3 years
    special condition of supervised release:  the defendant will participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer.

Special Assessment    $100
    The special assessment will be paid through participation in the Inmate Financial Responsibility Program.

The defendant was informed of appeal rights.

Motion of United States of dismiss counts 1, 2, 5, 9, 14-18, and 24; Motion granted.

Defendant detained.

Hearing concluded:  12:33 pm